UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO, | : |
| Plaintiff | : |
| v. | : |
| ROMAN STEPHEN NELSON<br>JUDITH C. MCCARTHY,<br>JEFFREY DAVIS, ESQ.,<br>DAVID D. LIN, ESQ.,<br>PAUL SALADINO, MD., and<br>WHITE PLAINS LODGE #473 | : |
| Defendants | : |

**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION**

Brian D. Miller, United States Attorney for the Middle District of Pennsylvania, by Melissa A. Swauger, Assistant United States Attorney, on behalf of defendants Roman Stephen Nelson and Judith C. McCarthy, hereby gives notice of the removal of the above-captioned matter from the Court of Common Pleas for Lackawanna County, Pennsylvania, to this Court, under the provisions of 28 U.S.C. §§ 1441 and 1442, and state as follows:

1. On or about February 6, 2026, Frank Tufano filed a complaint in the Court of Common Pleas for Lackawanna County, Pennsylvania, No. 26CV637, against the defendants. See Exhibit "A" hereto.

2. In his complaint, Tufano alleged that he was suing the following defendants under state tort law and the criminal code: the Honorable Roman Stephen

Nelson; the Honorable Judith C. McCarthy; Jeffrey Davis, Esquire; David. D. Lin, Esquire; Paul Saladino, MD.; and White Plains Lodge #473.  *Id.*

3. Claims against any agency officer of the courts of the United States for any act under color of office or in the performance of his duties may be removed from state court to the district court of the United States for the district and division embracing the place wherein it is pending.  28 U.S.C. §1442(a)(3).

4. Notice of Removal of this action will be provided to the Prothonotary of the Court of Common Pleas of Lackawanna County today, March 4, 2026.

WHEREFORE, the defendants Roman Stephen Nelson and Judith C. McCarthy respectfully give notice that the above-captioned matter is removed to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1442(a)(3).

                                      Respectfully submitted,

                                      BRIAN D. MILLER
                                      United States Attorney

                                      <u>s/ Melissa A. Swauger</u>
                                      Melissa A. Swauger
                                      Assistant United States Attorney
                                      PA 82382
                                      1501 N. 6th Street, Box 202
                                      Harrisburg, PA 17102
                                      Phone: (717) 221-4482
                                      Facsimile: (717) 221-4493
Date:  March 4, 2026                     Melissa.Swauger@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| ROMAN STEPHEN NELSON | : |
| JUDITH C. MCCARTHY, | : |
| JEFFREY DAVIS, ESQ., | : |
| DAVID D. LIN, ESQ., | : |
| PAUL SALADINO, MD., and | : |
| WHITE PLAINS LODGE #473 | : |
| | : |
| Defendants | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on this 4th day of March 2026, she served a copy of the foregoing

**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION**

by placing a copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which is the last known addresses, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania:

Frank Tufano
25 Dundaff Street
Carbondale, PA 18407

s/ Amanda J. Albert
AMANDA J. ALBERT
Legal Administrative Specialist
