# Exhibit A

Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

PENNSYLVANIA COURT OF COMMON PLEAS

LACKAWANNA COUNTY

| | |
|---|---|
| FRANK TUFANO, | Case No.: 26CV637 |
| Plaintiff, | |
| vs. | SUMMONS |
| ROMAN STEPHEN NELSON | |
| JUDITH C MCCARTHY | |
| JEFFREY DAVIS, ESQ. | |
| DAVID D. LIN, ESQ. | |
| PAUL SALADINO, MD. | |
| WHITE PLAINS LODGE #473 | |
| Defendant | |

TO THE ABOVE NAMED DEFENDANT(s) YOU ARE HEREBY SUMMONED to answer the Complaint in this action and to serve a copy of your answer, or if the Complaint is not served with this Summons, to serve a notice of appearance, on the Plaintiffs' Attorneys within twenty (20) days after the service of this Summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this Summons is not personally delivered to you within the State of Pennsylvania); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: Thursday, February 5, 2026                    By:  /s/ Frank Tufano

                                                          Frank Tufano

Defendant's Address:
Judith C McCarthy
300 Quarropas ST
White Plains NY, 10601

SUMMONS - 2

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

_____Lackawanna_____ County

For Prothonotary Use Only:

Docket No: AU CV 637

[stamp: LAUREN M. MAILEN, LACKAWANNA COUNTY, 2025 FEB -6 P 3:13, COURT OF JUDICIAL RECORDS CIVIL DIVISION]

The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

**SECTION A**

**Commencement of Action:**
- [X] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

Lead Plaintiff's Name: Frank Tufano

Lead Defendant's Name: Ramon Stephen Nelson

Are money damages requested? [X] Yes [ ] No

Dollar Amount Requested: (check one)
- [ ] within arbitration limits
- [X] outside arbitration limits

Is this a *Class Action Suit*? [ ] Yes [X] No

Is this an *MDJ Appeal*? [ ] Yes [X] No

Name of Plaintiff/Appellant's Attorney: _____
[X] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place an "X" to the left of the ONE case category that most accurately describes your PRIMARY CASE. If you are making more than one type of claim, check the one that you consider most important.

**SECTION B**

**TORT** (do not include Mass Tort)
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability (does not include mass tort)
- [ ] Slander/Libel/Defamation
- [ ] Other: _____

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [X] Legal
- [ ] Medical
- [ ] Other Professional: _____

**CONTRACT** (do not include Judgments)
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other _____
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other _____
- [ ] Other: _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other _____
- [ ] Zoning Board
- [ ] Other: _____

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: _____

Updated 1/1/2011

1  Frank Tufano
2  25 Dundaff ST
   Carbondale, PA 18407
3  (917)599-2160
   frankatufano@gmail.com
4



LAUREN M. MAILEN
LACKAWANNA COUNTY

2026 FEB -6 P 3: 13

CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

PENNSYLVANIA COURT OF COMMON PLEAS

LACKAWANNA COUNTY

FRANK TUFANO ,

    Plaintiff,

vs.

ROMAN STEPHEN NELSON

JUDITH C MCCARTHY

JEFFREY DAVIS, ESQ.

DAVID D. LIN, ESQ.

PAUL SALADINO, MD.

WHITE PLAINS LODGE #473

    Defendants

Case No.: 26 CV 637

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

1. Judicial officials have acted outside their judicial capacity and have violated Frank Tufanos civil rights

2. All defendants are members of Freemasonry, a secret society with religious beliefs that, to Frank Tufano's understanding, require them to strongly oppose any outsider.

3. Because Frank Tufano chooses not to believe in Freemasonry, he is being discriminated against for his personal and religious beliefs. These defendant individuals acted as Religious Freemasons to intentionally harm Frank Tufano for not belonging to Freemasonry himself.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 1

4. These defendant individuals achieved a fraudulent judgement against Frank Tufano, in a lawsuit that should be considered a hate campaign against Frank Tufano, by conspiring together as freemasons to violate his civil rights.

5. All of these defendant individuals, who are likely members of freemasonry, have probably sworn the following oath to secrecy,

To all of which I do solemnly and sincerely promise and swear, without any hesitation, mental reservation, or secret evasion of mind in me whatsoever; binding myself under no less a penalty than that of having….

Entered Apprentice Degree: "…my throat cut across, my tongue torn out, and with my body buried in the sands of the sea at low-water mark, where the tide ebbs and flows twice in twenty-four hours, should I ever knowingly or willfully violate this, my solemn Obligation of an Entered Apprentice."

Fellow Craft Degree: "…my left breast torn open, my heart and vitals taken thence, and with my body given as a prey to the vultures of the air, should I ever knowingly, or willfully, violate this, my solemn Obligation of a Fellow Craft.";

Master Mason Degree: "…my body severed in twain, my bowels taken thence, and with my body burned to ashes, and the ashes thereof scattered to the four winds of Heaven, that there might remain neither track, trace nor remembrance among man or Masons of so vile and perjured a wretch as I should be, should I ever knowingly or willfully violate this, my solemn Obligation of a Master Mason."

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 2

And the ending for each of these obligations is: "So help me, God, and make me steadfast to keep and perform the same." (Also used is "So mote it be" – the same phrase used in witchcraft)

6. Based on Frank Tufano's understanding of Freemasonry, any appointed judge will have to defend their fellow judicial officials, making a jury trial the only possible fair judgement, although it is not to say that all members of a jury trial could be members of freemasonry as well.

## JURY TRIAL DEMANDED

7. The 7th Amendment to the U.S. Constitution guarantees the right to a jury trial in federal civil cases where the value in controversy exceeds $20.

8. Frank Tufano requests all case decisions pertaining this matter be decided by a jury of his peers.

9. Frank Tufano has a right to have his case heard by a jury of his peers, not a sole individual who may hold oaths to higher organizations such as Freemasonry.

## JURISDICTION

10. Except where exclusive original jurisdiction of an action or proceeding is by statute or by general rule adopted pursuant to section 503 (relating to reassignment of matters) vested in another court of this Commonwealth, the courts of common pleas shall have unlimited original jurisdiction of all actions and proceedings, including all actions and proceedings heretofore cognizable by law or usage in the courts of common pleas.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 3

11. Frank Tufano resides in the County of Lackawanna in the Commonwealth of Pennsylvania and is the targeted individual of the wrongdoing

## FIRST CLAIM FOR RELIEF
### Title 42 Pa.C.S.A. Judiciary and Judicial Procedure § 5524
### Fraudulent Concealment

12. The following actions and proceedings must be commenced within two years:

Any other action or proceeding to recover damages for injury to person or property which is founded on negligent, intentional, or otherwise tortious conduct or any other action or proceeding sounding in trespass, including deceit or fraud, except an action or proceeding subject to another limitation specified in this subchapter.

13. To pursue a civil claim for conspiracy under Pennsylvania law, a plaintiff must prove that two or more individuals agreed to commit an unlawful act or a lawful act by unlawful means, that an overt act was committed in furtherance of this agreement, and that the plaintiff incurred actual damages. This claim is not a standalone tort and must be based on an underlying civil wrong, such as fraud, defamation, or tortious interference, which the alleged conspirators agreed to commit.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 4

## FRAUD

14. All defendants conspired together to commit fraud against Frank Tufano, filing perjured documents and submitting fraudulent financial statements to find Frank Tufano "guilty" of civil statutes he did not commit. Judicial officials knowingly acknowledged perjured service documents to enter a default against Frank Tufano, resulting in no trial, and a fraudulent judgement against Frank Tufano.

## TORTIOUS INTERFERENCE

15. The actions committed by defendants caused Frank Tufano to lose his business, be removed from his childhood home, and permanently damage his physical and mental health. Actions which were filed to address this in the previous case were ignored by the corrupt judicial officials Nelson Stephen Roman and Judith C. Mccarthy.

## FRAUDULENT CONCEALMENT

16. Concealment Of a material fact, knowledge and intent, duty to disclose, reliance and damages

17. The judicial officials knew that all of the documents and actions committed by Paul Saladino and his attorney were fraudulent, however refused to acknowledge this fraud to harm Frank Tufano by finding him guilty of crimes he did not commit.

## CIVIL CONSPIRACY

18. Frank Tufano believes that Defendant parties conspired with court officials to have an agreement to conduct a lawful act accomplished through unlawful means.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 5

19. Defendants met in secrecy to conspire against Frank Tufano to obtain a fraudulent judgement against him by ignoring facts and dismissing all of his filings without any consideration.

20. The conspirators goal is to obtain a legal judgement against Frank Tufano by means of fraud and legal malpractice, a lawful objective through unlawful means.

21. Judge Roman Stephen Nelson ignored the blatant legal malpractice and fraud being committed against Frank Tufano

22. The conspirators have acted with malice and intent to permanently injure Frank Tufano's personal life and financial status without legitimate reason outside of their freemasonic beliefs.

## SECOND CLAIM FOR RELIEF
### 18 U.S. Code § 241 - Conspiracy against rights

23. The defendants, involved in "Saladino, MD v. Frank Tufano No. 7:2020cv09346" conspired against Frank Tufano oppressing him of his First and Seventh Amendment Rights.

First Amendment Right to Freedom of Speech

    A. Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 6

Seventh Amendment Right to a Jury Trial. The Seventh Amendment to the United States Constitution protects the right to a jury trial in federal civil cases that meet certain requirements:

A. The value in controversy must exceed $20

B. The right to a jury trial applies to suits at common law

C. Judges cannot re-examine facts presented by the jury, except in accordance with common law rules.

The case meets all the requirements of the Seventh Amendment, which was created to protect citizens from government overreach by establishing the right to a jury trial in civil cases.

24. The premise of the case is based on Frank Tufano's public statements on his YouTube channel, all of which to Frank Tufano's knowledge were said truthfully to his available resources.

25. The members of this case had no intention of giving Frank Tufano a fair trial as it is irrelevant to their sworn oaths to defend their fellow freemason members, all decisions were placed in the hands of an individual judge who may or may not have attended meetings at a Masonic Lodge to discuss case decisions in secrecy.

## PRAYER FOR RELIEF

26. WHEREFORE, by reason of the acts and circumstances alleged herein, Frank Tufano seeks relief from this Court as follows:

A. The economic losses caused to Frank Tufano from losing his business as a direct result of the actions of defendants, amounting to $3.3 million dollars.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 7

B. Compensation for pain and suffering caused to Frank Tufano, for the tortious interference to his family and health, in an amount equal to $2.3 million dollars.

C. Reimbursement for the fraudulent judgement issued against Frank Tufano, that was ordered by the corrupt defendants, amounting to $330,000

Dated: Thursday, February 5, 2025

By:    /s/ Frank Tufano

Frank Tufano

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL - 8